**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| RECEIPT NUMBER | | CASE TYPE I918A PETITION FOR U NONIMMIGRANT STATUS |
|---|---|---|
| EAC-16-141-50972 | | |
| RECEIVED DATE April 12, 2016 | PRIORITY DATE | APPLICANT PATEL, SHILPABEN S. |
| NOTICE DATE April 19, 2016 | PAGE 1 of 1 | |

BHAVYA CHAUDHARY
BHAVYA CHAUDHARY & ASSOC LLC
700 HOLCOMB BRIDGE ROAD
NORCROSS GA 30071

**Notice Type:** Receipt Notice

Fee Waived

This notice is to advise you of action taken on this case. The official notice has been mailed according to the mailing preferences noted on the Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. Any relevant documentation was mailed according to the specified mailing preferences.

**Receipt Notice** - This notice confirms that USCIS received your application or petition ("this case") as shown above. **If any of the above information is incorrect, please immediately call 802-527-4888 or notify us in writing, with your signature.** This will help avoid future problems.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was filed on the date shown.

We will notify you by mail when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website at WWW.USCIS.GOV or call 802-527-4888. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers; you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**Applications requiring biometrics** - In some types of cases USCIS requires biometrics. In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, military photo identification, or a state-issued photo identification card. If you receive more than one ASC appointment notice, even for different cases, take them both to the first appointment.

**If your address changes** - If your mailing address changes while your case is pending, submit your address change in writing, with your signature, to Vermont Service Center. Otherwise, you might not receive notice of our action on this case.

**Please note:** If you do not have an attorney of record or representative on your case changes must be submitted to the Vermont Service Center in writing and must contain your signature.

If you have other concerns about human trafficking or have reason to file a complaint and be referred to a Federal Law Enforcement Agency (LEA), contact the Department of Justice, Civil Rights Division, Trafficking in Persons and Worker Exploitation Task Force complaint line at 1-888-428-7581.

NOTICE: Pursuant to the terms of the United States Immigration & Nationality Act (INA), the information provided on and in support of applications and petitions is submitted under penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify information before and/or after adjudication to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine eligibility for the benefit sought. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal decision is made and/or proceeding is initiated.

VAWA Customer Service Hotline: 802-527-4888

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS     VT   05479-0001
**Customer Service Telephone: (800) 375-5283**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 07/11/14 Y