March 20, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
75 Lower Welden St.
St. Albans, VT 05479



**U.S. Citizenship and Immigration Services**

BHAVYA CHAUDHARY
BHAVYA CHAUDHARY & ASSOC LLC
700 HOLCOMB BRIDGE ROAD
NORCROSS, GA 30071



EAC1614150972

A209-017-810

RE: SHILPABEN SHIVDAS PATEL
I-918A, Petition for Qualifying Family Member of U-1
Recipient (Form I-918, Supplement A)

## DECISION

Dear Sir/Madam:

On April 12, 2016, you filed the Form I-918, Supplement A, Petition for Qualifying Family Member of U-1 Recipient to classify SHILPABEN PATEL as your qualifying family member, as defined in Title 8 Code of Federal Regulations (8 CFR), section 214.14(a)(10).

This letter is to notify you that U.S. Citizenship and Immigration Services (USCIS) is denying your petition. The reasons for the denial are described below in detail.

According to 8 CFR 214.14(f)(1), in order to be eligible for this classification, it must be demonstrated that the individual seeking U-2, U-3, U-4 or U-5 nonimmigrant status is a qualifying family member of Jagduhkumar Patel, as defined in 8 CFR 214.14(a)(10), and is admissible to the United States.

According to Section 101(a)(15)(U)(ii) of the Immigration and Nationality Act (INA), in order for SHILPABEN PATEL to be granted U-2 status, you are required to demonstrate that you have been granted U-1 nonimmigrant status as defined in section 101(a)(15)(U)(i) of the INA. On March 8, 2019 your Form I-918, Petition for U Nonimmigrant Status was denied. Therefore, SHILPABEN PATEL does not meet the requirements as set forth under 8 CFR section 214.14(a)(10), as you do not have an approved Form I-918 granting you U-1 nonimmigrant status.

It is further noted that Shilpaben Patel is inadmissible to the United States under INA 212(a)(6)(A)(i) - Alien present without admission or parole - (EWI/PWI); 212(a)(6)(C)(i) - Fraud or willful misrepresentation and 212(a)(6)(C)(ii) - False claim to U.S. citizenship. These grounds of inadmissibility are based on her claim that she entered the United States with a photo substituted passport using an assumed identity and her admission that she may have claimed to be a United States citizen on a driver's license in order to obtain a state benefit. However, as this petition is otherwise deniable, these issues will not be addressed at this time.

RECEIVED MAR 2 5 2019



In visa petition proceedings, the petitioner bears the burden of establishing eligibility for the benefits sought. See *Matter of Brantigan*, 11 I. & N. Dec. 493 (BIA 1966).

If you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may file a motion or appeal of this decision by completing a Form I-290B, Notice of Appeal or Motion. You may also include a brief or other written statement in support of your appeal. The appeal must be filed within 33 days from the date of this notice. If an appeal or a motion is not filed within 33 days, this decision is final.

You must send your completed Form I-290B and supporting documentation with the appropriate filing fee to:

> U.S. Citizenship and Immigration Services
> Vermont Service Center
> 75 Lower Welden Street
> St. Albans, VT 05479

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 or 103.5; call our USCIS Contact Center at 1-800-375-5283; or visit your local USCIS office.

**OVERSTAY WARNING**

The evidence of record shows that, when you filed your application, you were present in the United States contrary to law. You are not authorized to remain in the United States. If you fail to depart the United States within 33 days of the date of this letter, USCIS may issue you a Notice to Appear and commence removal proceedings against you with the immigration court. This may result in your being removed from the United States and found ineligible for a future visa or other U.S. immigration benefit. See sections 237(a) and 212(a)(9) of the INA.

To review information regarding your period of authorized stay, check travel compliance, or find information on how to validate your departure from the United States with Customs and Border Protection (CBP), please see (https://i94.cbp.dhs.gov/I94/#/home).



Sincerely,

*Laura Zuchowski*

Laura B. Zuchowski
Director