**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Notice of Action**
Page 1 of 1

| Reject Case # | Form Type |
| --- | --- |
| | I-290B [Notice of Appeal or Motion] |
| **Alien #** | **Petitioner** |
| A076987757 | JAGDUHKUMAR KANTIBHAI PATEL |
| **Notice Date** | **Beneficiary** |
| 04/26/19 | |

ATTN BHAVYA CHAUDHARY
C/O BHAVYA CHAUDHARY AND ASSOCIATES LLC
JAGDUHKUMAR KANTIBHAI PATEL
700 HOLCOMB BRIDGE RD
NORCROSS, GA 30071

The above application/petition and its supporting documents are attached. Your application/petition has not been examined for legal sufficiency and/or required documentation.

If you wish further consideration of the center director's decision, please file a Form I-290B, Notice of Appeal or Motion, with the required fee of $675.00. The I-290B must be filed with the USCIS office where the initial application/petition was denied. Please be sure to indicate the underlying receipt number on the I-290B. If your I-290B is submitted with more than one receipt number, with only one fee and no fee waiver, your I-290B will be rejected.

RECEIVED APR 30 2019

To ensure proper processing, checks and/or money order must be payable to:
'Department of Homeland Security' or 'U.S. Citizenship and Immigration Services.'
Please enclose a copy of this notice when responding or when filing another application based on this decision.
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
Vermont Service Center
75 Lower Weldon St.
St. Albans, VT 05479

(04/25/19)Y - 00537670      SAVE THIS NOTICE FOR YOUR RECORDS - EACKAP05-612