September 25, 2020

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
75 Lower Welden St.
St. Albans, VT 05479



**U.S. Citizenship and Immigration Services**

JAGDUHKUMAR KANTIBHAI PATEL
BHAVYA CHAUDHARY AND ASSOC LLC
c/o BHAVYA CHAUDHARY
BHAVYA CHAUDHARY AND ASSOC LLC
700 HOLCOMB BRIDGE RD
NORCROSS, GA 30071



EAC1917451202



A076-987-757

RE: JAGDUHKUMAR KANTIBHAI PATEL
I-290B, Notice of Appeal or Motion

## MOTION OR APPEAL

Dear Sir or Madam,

On May 1, 2019, you filed a Form I-290B, Notice of Appeal or Motion, as a motion to reopen and/or reconsider the decision of your Form I-918, Petition for U Nonimmigrant Status. Your Form I-918 was denied by U.S. Citizenship and Immigration Services (USCIS) on March 20, 2019.

Title 8, Code of Federal Regulations (8 CFR), section 103.5(a)(1)(i) states in pertinent part:

> …Any motion to reconsider an action by the Service filed by an applicant or petitioner must be filed within 30 days of the decision that the motion seeks to reconsider. Any motion to reopen a proceeding before the Service filed by an applicant or petitioner, must be filed within 30 days of the decision that the motion seeks to reopen, except that failure to file before this period expires, may be excused in the discretion of the Service where it is demonstrated that the delay was reasonable and was beyond the control of the applicant or petitioner.

8 CFR 103.8 provides:

> (b) Effect of service by mail. Whenever a person has the right or is required to do some act within a prescribed period after the service of a notice upon him and the notice is served by mail, 3 days shall be added to the prescribed period. Service by mail is complete upon mailing.

Further, 8 CFR 1.2 states in pertinent part:

> …Day, when computing the period of time for taking any action provided in this chapter I including the taking of an appeal, shall include Saturdays, Sundays, and legal holidays, except that when the last day of the period computed falls on a Saturday, Sunday, or a legal holiday, the period shall run until the end of the next day which is not a Saturday, Sunday, or a legal holiday…

In addition, 8 CFR 103.5(a)(4) states in pertinent part:



RECEIVED SEP 2 8 2020

…A motion that does not meet applicable requirements shall be dismissed…

Your Form I-918 was denied on March 20, 2019, and your Motion (Form I-290B) was received on May 1, 2019. Your motion to reopen or reconsider was not submitted within the 33 days prescribed for the filing of a motion under 8 CFR 103.5(a)(1)(i) and 8 CFR 103.8. Additionally, you have not demonstrated that you merit a favorable exercise of discretion for which USCIS may excuse the untimely filing of the motion.

The motion is dismissed under 8 CFR 103.5(a)(4) because it does not meet the filing requirements of a motion as defined by 8 CFR 103.5(a)(1)(i).

If you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may file a motion or appeal of this decision by completing a Form I-290B, Notice of Appeal or Motion. You may also include a brief or other written statement. The Form I-290B must be filed within 33 days from the date of this notice. If a motion or appeal is not filed within 33 days, this decision is final.

You must send your completed Form I-290B and supporting documentation with the appropriate filing fee to:

U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT  05479

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 or 103.5; call our USCIS Contact Center atl-800-375-5283; or visit your local USCIS office.

**OVERSTAY WARNING**

The evidence of record shows that you are not lawfully present in the United States. If you do not depart the United States within 33 days of the date of this letter, USCIS may issue you a Notice to Appear which commences removal proceedings against you once filed with the immigration court. That may result in your being removed from the United States and found ineligible for a future visa or other U.S. immigration benefit. See sections 237(a) and 212(a)(9) of the INA.

To review information regarding your period of authorized stay, check travel compliance, or find information on how to validate your departure from the United States with Customs and Border Protection (CBP), please see: https://i94.cbp.dhs.gov/I94/#/home.

Sincerely,

*Laura Juchowski*

Laura B. Zuchowski
Director

