IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAGDUKUMAR PATEL, and SHILPABEN PATEL<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 5:22-CV-402-MTT |

## JOINT MOTION TO STAY CASE AND HOLD IN ABEYANCE

Plaintiffs Jagduhkumar Patel and Shilpaben Patel and Defendants Alejandro Mayorkas, the Secretary of the Department of Homeland Security, *et al.*, (collectively, the "parties") jointly move the Court for an order to stay proceedings in this case and to hold the case in abeyance for a period of 150 days pending a determination by U.S. Citizenship and Immigration Services ("USCIS") as to whether Plaintiff's U-visa petition should be granted.

On November 11, 2022, Plaintiffs filed a Complaint pursuant to the Administrative Procedures Act ("APA"), seeking declaratory and injunctive relief against Defendants. *See* ECF No. 1. In the Complaint, Plaintiffs ask the Court to enjoin Defendants to issue a determination regarding Plaintiffs' I-918 and I-918A petitions for U-nonimmigrant status, as well as their I-192 application for advance permission to enter as a non-immigrant. *See id.* Based on the date that Defendants were served, the deadline for Defendants to respond to the Complaint is January 23, 2023. Now, in lieu of filing an answer and proceeding to the merits of the case, the parties move

the Court to stay the case for 150 days and have it held in abeyance so Plaintiffs' petitions may be adjudicated by USCIS.

The parties agree that, as of the date of filing, significant steps have been taken in the adjudication process such that moving to the merits of this case is not in the best interests of the parties or the Court. Specifically, the USCIS Administrative Appeals Office ("AAO") has issued an order remanding Plaintiffs' applications to the Director of USCIS. An adjudicator will be appointed to review Plaintiffs' applications and issue a decision on the merits. The parties respectfully request that the proceedings in this case be stayed to give the adjudicator the opportunity to issue a decision on Plaintiffs' petitions, and that the action be held in abeyance pending a final determination by USCIS. The parties believe that a final decision will be made within 150 days. If the motion is granted, Defendants will file an update with the Court in 90 days regarding the status of the adjudication of Plaintiffs' U-visa petitions. If this motion is denied, then Defendants respectfully request a 30-day extension of the deadline to file an answer or other responsive pleading, moving the current deadline from January 23, 2023 to February 22, 2023.

Respectfully submitted this 20th day of January, 2023.

                         PETER D. LEARY
                         UNITED STATES ATTORNEY

BY:   *s/ Roger C. Grantham, Jr.*
        ROGER C. GRANTHAM, JR.
        Assistant United States Attorney
        Georgia Bar No. 860338
        United States Attorney's Office
        Middle District of Georgia
        P. O. Box 2568
        Columbus, Georgia 31902
        Phone: (706) 649-7728
        roger.grantham@usdoj.gov

*Counsel for Defendants*

*/s/ Bhavya Chaudhary*

BHAVYA CHAUDHARY, ESQ.
Bhavya Chaudhary & Associates, LLC
Georgia Bar No. 892360
700 Holcomb Bridge Road
Norcross, GA 30071
678-292-6111
bhavya@bcalawfirm.com

*Counsel for Plaintiffs*