IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JAGDUKUMAR PATEL, and SHILPABEN PATEL,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, *et al.*,**<br><br>**Defendants.** | :<br>:<br>:<br>:<br>:  Case No. 5:22-CV-402-MTT<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, acting through counsel, hereby stipulate to the dismissal of this action, with each party to bear its own attorney's fees and costs.

Respectfully submitted this 20th day of March, 2023.

                                          PETER D. LEARY
                                        UNITED STATES ATTORNEY

BY:    *s/ Roger C. Grantham, Jr.*
          ROGER C. GRANTHAM, JR.
          Assistant United States Attorney
          Georgia Bar No. 860338
          United States Attorney's Office
          Middle District of Georgia
          P. O. Box 2568
          Columbus, GA 31902
          Phone: (706) 649-7728
          roger.grantham@usdoj.gov

          *Counsel for Defendants*

          *s/ Bhavya Chaudhary*
          BHAVYA CHAUDHARY, ESQ.
          Bhavya Chaudhary & Associates, LLC
          Georgia Bar No. 892360
          700 Holcomb Bridge Road
          Norcross, GA 30071
          Phone: (678) 292-6111
          Email: bhavya@bcalawfirm.com

          *Counsel for Plaintiffs*